IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERICAN AUTO GUARDIAN, INC.,    )
    )
        Plaintiff,    )
    )
  v.    )    No.  06 C 6171
    )
ACUITY MUTUAL INSURANCE COMPANY,   )
    )
        Defendant.    )

MEMORANDUM ORDER

Although the current printout of pending motions in cases on this Court's calendar does not reflect this matter as "pending," American Auto Guardian, Inc. has submitted a response to the issue of possible bifurcation of discovery that had been raised in a filing by defendant Acuity Mutual Insurance Company ("Acuity"). This Court sees no justification for such bifurcation, and it declines to issue any order to that effect.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 6, 2007