IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| AMERICAN AUTO GUARDIAN, INC., | ) | | |
| | ) | | |
| Plaintiff and Counter-Defendant, | ) | | |
| | ) | | |
| vs. | ) | No.: | 06 C 6171 |
| | ) | Judge: | Shadur |
| ACUITY MUTUAL INSURANCE COMPANY, | ) | Magistrate: | Ashman |
| | ) | | |
| Defendant and Counter-Plaintiff. | ) | | |

## ACUITY MUTUAL INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant and Counter-Plaintiff, Acuity Mutual Insurance Company ("Acuity"), by its attorneys, Glenn F. Fencl and Richard R. Gordon of Johnson & Bell, Ltd., and pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure, requests that this Honorable Court grant summary judgment in its favor and against the Plaintiff and Counter-Defendant, American Auto Guardian, Inc. In support hereof, Acuity submits its Statement of Undisputed Material Facts and its Memorandum of Law.

                **Respectfully submitted:**

                **JOHNSON & BELL, LTD.**


                By: */s/ Richard R. Gordon*
                    Richard R. Gordon

Glenn F. Fencl ARDC No. 3126086
Richard Gordon ARDC No. 6277551
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
**Doc # 1797114**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2008, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of The Court using the CM/ECF system which will send notification of such filing to the following: **Joseph P. Lombardo, Chapman and Cutler, LLP, 111 West Monroe Street, Chicago, Illinois 60603**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Richard R. Gordon
_____

Richard R. Gordon A.R.D.C. Number 6277551
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770